Payments found to be undeliverable, detailed on the
attached listing, for deposit into the registry of the court.

---

| | | |
|---|---|---|
| **CHAPTER 13 TRUSTEE**<br>433 METAIRIE ROAD, SUITE 307<br>METAIRIE, LA 70005 | **FIRST AMERICAN BANK & TRUST**<br>METAIRIE, LA 70005<br>84-242/654 | **921879** |

VOID AFTER 90 DAYS

DATE: December 19, 2008    AMOUNT: ********$7,629.76

PAY Seven Thousand Six Hundred Twenty-Nine and 76/100 Dollars

TO THE ORDER OF:
UNITED STATES BANKRUPTCY COURT
500 POYDRAS ST
STE B-601
NEW ORLEANS, LA 70130

*Beaulieu Jr.*
AUTHORIZED SIGNATURE

⑨²¹⁸⁷⁹⑈ ⑆⒈065402423⑈ 690 272 3⑈

---

FROM: BEAULIEU
CHAPTER 13 TRUSTEE

Total -> $7,629.76

Debtor.: VARIOUS
Amount.:
Check#.: 921879

TREASURY REGFUND

# 225029    - KW
** C O P Y **
January 13, 2009
10:52:28
$7,629.76 CH

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

1/13/09
Deposit to Treasury
6047 BK due to
5 various chapter 13
cases

CV.

```
Date: Mon Dec 22, 2008      REGISTRY CHECK #921879                        Page: 1
Time: 10:12 AM                                                            User: JOHN

Case No  Last              First              Amount Payee (If blank, debtor is payee)

0318659  JARREAU           CHAD MICHAEL     3,068.28 COMMUNITY BANK
                                                     STE 200
         PO BOX 658                                  701 S PETERS ST
         LAROSE LA          70373                    NEW ORLEANS LA    70130

0318659  JARREAU           CHAD MICHAEL       178.98 GE CAPITAL CORPORTATION
                                                     STE 300 ATTN LMG
         PO BOX 658                                  4650 REGENT BLVD
         LAROSE LA          70373                    IRVING TX         75063

0416735  EDWARDS           NIGEST G           210.70 DILLARD NATIONAL BANK
                                                     % STOKES & CLINTON
         14723 WEST OAK PLAZA                        1000 DOWNTOWNER BLVD
         HOUSTON TX         77082                    MOBILE AL         36691

0510438  BENJAMIN          CONDELL DAVID      107.30 MR CASH
         BENJAMIN          DIANA GARCIA
         4630 OAKWOOD  DR                            1613 MACARTHUR DR
         ODESSA TX          79761                    ALEXANDRIA LA     71301

0510683  SPEARS SR         ROBERT JAMES     3,309.95 KIRSCHMAN'S

         4867 CROWN AVE                              6750 SIEGEN LN
         BATON ROUGE LA     70811                    BATON ROUGE LA    70809

0710241  CROCKETT          SCOTT C            613.55 GMAC RESCAP
         CROCKETT          CAROLYN M                 MAIL CODE 507-345-110
         120 SETTER LANE                             3451 HAMMOND AVE
         PEARL RIVER LA     70452                    WATERLOO IA       50702

0710241  CROCKETT          SCOTT C            141.00 GMAC RESCAP
         CROCKETT          CAROLYN M                 MAIL CODE 507-345-110
         120 SETTER LANE                             3451 HAMMOND AVE
         PEARL RIVER LA     70452                    WATERLOO IA       50702

                                            7,629.76
```

```
Date: Mon Dec 22, 2008      REGISTRY CHECK #921879                        Page: 1
Time: 10:12 AM                                                            User: JOHN

Case No  Last              First              Amount Payee (If blank, debtor is payee)

0318659  JARREAU           CHAD MICHAEL     3,068.28 COMMUNITY BANK
                                                     STE 200
         PO BOX 658                                  701 S PETERS ST
         LAROSE LA          70373                    NEW ORLEANS LA    70130
```